# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1421**

MFN Partners, LP, Mobile Street Holdings, LLC, and Yellow Corporation, et al. vs. Central States, Southeast and Southwest Areas Pension Fund, et al.

Calendar Date **6/25/2025**  Location **Philadelphia, PA**

## DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel. In many instances, the Court discourages multiple counsel arguing when a joint brief is filed. If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| | | |
| | | |
| | | |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| Brad R. Berliner | 7 minutes | Cent. States, Se. & Sw. Areas Pension Fund |
| Andrew Walker | 7 minutes | Pension Benefit Guaranty Corp. |
| Edward J. Meehan | 1 minute | N.Y. State Teamsters Conference Pension & Retirement Fund *et al.* |

# CERTIFICATE OF SERVICE

I certify that, on May 30, 2025, counsel of record was served via CM/ECF with a copy of the foregoing and that Appellants' counsel are registered Filing Users and are served electronically by the Notice of Docket Activity.

*/s/ Daniel E. Sullivan*
Daniel E. Sullivan, Esq.
