UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 25-1421

IN RE: YELLOW CORPORATION, et al.,

Debtors

MFN PARTNERS LP; MOBILE STREET HOLDINGS LLC;
YELLOW CORPORATION,

Appellants

On Appeal from the United States Bankruptcy Court
for the District of Delaware
(Bankruptcy Court No. 23-11069)
Bankruptcy Judge: Honorable Craig T. Goldblatt

Argued June 25, 2025

Before: SHWARTZ, MONTGOMERY-REEVES, and AMBRO, *Circuit Judges*

**JUDGMENT**

This case came on to be heard on the record from the United States District Court for the District of Delaware and was argued on June 25, 2025.

Upon consideration whereof, it is so **ORDERED** and **ADJUDGED** by this Court that the judgment of the Bankruptcy Court entered December 2, 2024, is hereby **-**

**AFFIRMED.**

Costs are taxed against Appellants.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 16, 2025