# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 25-1421

Caption: MFN Partners, LP, *et al.*, v. Central States, Southeast and Southwest Areas Pension Fund, *et al.*

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | | | | | | | | |
| Response Brief | 7 | 66 | $0.10 ($46.20) | $0.03 ($13.86) | $5.00 ($35.00) | N/A | $95.06 | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 95.06 | $ |

Brief Produced by Reproduction: ☐   Brief Produced by Photocopy: ☒
In House: ☐
Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

**The attached invoice is for three briefs. Central States' brief was 66 pages.**

I, William D. Sullivan, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

Signature

9-30-2025

Date

Attorney for: Central States Pension Fund

**A certificate of service must accompany this form.**

Innovative Discovery, LLC. Dba Innovative Driven



# Invoice

| | |
|---|---|
| Invoice # | 271261 |
| Date | 6/13/2025 |
| Terms | Due on receipt |
| Due Date | 6/13/2025 |

(302) 888-2060
www.innovativedriven.com
Tax ID # 82-1628805

### Bill To

Sullivan Hazeltine Allinson LLC -
Wilmington
919 North Market Street
Wilmington DE 19801
United States

Alert: DLS Discovery invoices will be updated to the new company name of Innovative Driven as of 6/1. Please make sure all vendor/AP records are updated accordingly.

| Project | CM # / PO # | Job Ref | Period of Performance Start | Period of Performance End | Account Manager | Ordering Party |
|---|---|---|---|---|---|---|
| LSP_Central States - Yellow | | Central States - Yellow | 5/13/2025 | 5/13/2025 | Reese Hitchens | Heidi Coleman |

| Item | Description | Units | Rate | Amount |
|---|---|---|---|---|
| P21 - Litigation Prints | Litigation Prints | 1,088 | $0.14 | $152.32 |
| P16 - Punch paper for GBC/Velo/Coil binding | Punch paper for GBC / Velo / Coil Binding | 1,088 | $0.03 | $32.64 |
| P10 - GBC / Velo / Coil Binding (Includes covers and spines) | GBC / Velo / Coil Binding (includes covers and spines) | 21 | $5.00 | $105.00 |
| OCC37 - Delivery to | Courier drive | 1 | $137.50 | $137.50 |

| | |
|---|---|
| Subtotal | $427.46 |
| Tax Total | $0.00 |
| Amount Due | $427.46 |
| Currency | USD |

Thank You For Choosing DLS Discovery, an Innovative Driven Company!

**Please note that our remittance information has changed with our acquisition!**

**Include remittance details referencing this invoice number with payment**

**Please direct check payments to the lockbox address: PO Box 780154, Philadelphia, PA 19178-0154**

Comments:
All products delivered electronically, unless courier services or otherwise noted.


271261

**Please Remit ACH/Wire to:**
**Beneficiary:** Innovative Discovery, LLC
**Bank Name:** Wells Fargo Bank, N.A.
**General Bank Reference Address:** 420 Montgomery, San Francisco, CA 94104
**Account Number:** 4888240363
**ABA Routing Number:** 121000248
**SWIFT ID:** WFBIUS6S

**Please send Remittance Advice to:**
Collections@innovativedriven.com

**Please send all other AR inquiries to:**
Accounts.Receivable@innovativedriven.com

**Please Remit Check Payment To:**
Innovative Discovery LLC
PO Box 780154
Philadelphia, PA 19178-0154

**Please Remit Overnight Payment To:**
LockBox Services 780154
Innovative Discovery LLC
2005 Market Street, 5th Floor
Philadelphia, PA 19103-7042

**For Credit Card Payments:**



   

Comments:
All products delivered electronically, unless courier services or otherwise noted.


271261