# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 25-1421

Caption: MFN Partners, LP, *et al.*,v. Central States, Southeast and Southwest Areas Pension Fund, *et al.*

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | | | | | | | | |
| Response Brief | 7 | 28 | $0.10 ($19.60) | $0.03 ($5.88) | $5.00 ($35.00) | N/A | $60.48 | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $60.48 | $ |

Brief Produced by Reproduction: ☐     Brief Produced by Photocopy: ☒
                                                    In House: ☐
                                                    Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

*** Note: The attached invoice is for three briefs. NYST Conference Pension and Retirement Fund's brief was 28 pages.**

I, William D. Sullivan, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

Signature                                                  9-30-25
Attorney for: NYST Conference Pension and Retirement Fund          Date

**A certificate of service must accompany this form.**

Innovative Discovery, LLC. Dba Innovative Driven



# Invoice

(302) 888-2060
www.innovativedriven.com
Tax ID # 82-1628805

| Invoice # | 271261 |
|---|---|
| Date | 6/13/2025 |
| Terms | Due on receipt |
| Due Date | 6/13/2025 |

**Bill To**

Sullivan Hazeltine Allinson LLC -
Wilmington
919 North Market Street
Wilmington DE 19801
United States

Alert: DLS Discovery invoices will be updated to the new company name of Innovative Driven as of 6/1. Please make sure all vendor/AP records are updated accordingly.

| Project | CM # / PO # | Job Ref | Period of Performance Start | Period of Performance End | Account Manager | Ordering Party |
|---|---|---|---|---|---|---|
| LSP_Central States - Yellow | | Central States - Yellow | 5/13/2025 | 5/13/2025 | Reese Hitchens | Heidi Coleman |

| Item | Description | Units | Rate | Amount |
|---|---|---|---|---|
| P21 - Litigation Prints | Litigation Prints | 1,088 | $0.14 | $152.32 |
| P16 - Punch paper for GBC/Velo/Coil binding | Punch paper for GBC / Velo / Coil Binding | 1,088 | $0.03 | $32.64 |
| P10 - GBC / Velo / Coil Binding (Includes covers and spines) | GBC / Velo / Coil Binding (includes covers and spines) | 21 | $5.00 | $105.00 |
| OCC37 - Delivery to | Courier drive | 1 | $137.50 | $137.50 |

| Subtotal | $427.46 |
|---|---|
| Tax Total | $0.00 |
| Amount Due | $427.46 |
| Currency | USD |

Thank You For Choosing DLS Discovery, an Innovative Driven Company!

**Please note that our remittance information has changed with our acquisition!**

**Include remittance details referencing this invoice number with payment**

**Please direct check payments to the lockbox address: PO Box 780154, Philadelphia, PA 19178-0154**

Comments:
All products delivered electronically, unless courier services or otherwise noted.


271261

**Please Remit ACH/Wire to:**
**Beneficiary:** Innovative Discovery, LLC
**Bank Name:** Wells Fargo Bank, N.A.
**General Bank Reference Address:** 420 Montgomery, San Francisco, CA
94104
**Account Number:** 4888240363
**ABA Routing Number:** 121000248
**SWIFT ID:** WFBIUS6S

**Please send Remittance Advice to:**
Collections@innovativedriven.com

**Please send all other AR inquiries to:**
Accounts.Receivable@innovativedriven.com

**Please Remit Check Payment To:**
Innovative Discovery LLC
PO Box 780154
Philadelphia, PA 19178-0154

**Please Remit Overnight Payment To:**
LockBox Services 780154
Innovative Discovery LLC
2005 Market Street, 5th Floor
Philadelphia, PA 19103-7042

**For Credit Card Payments:**



   

Comments:
All products delivered electronically, unless courier services or otherwise noted.

