# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 25-1421

Caption: MFN Partners, LP, *et al.*, v. Central States, Southeast and Southwest Areas Pension Fund, *et al.*

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | | | | | | | | |
| Response Brief | 7 | 66 | $0.10 ($46.20) | $0.03 ($13.86) | $5.00 ($35.00) | N/A | $95.06 | $95.06 |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 95.06 | $95.06 |

Brief Produced by Reproduction: ☐      Brief Produced by Photocopy: ☒
 In House: ☐
 Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

**The attached invoice is for three briefs. Central States' brief was 66 pages.**

I, William D. Sullivan do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_____     9-30-2025
Signature                                             Date
Attorney for: Central States Pension Fund

**A certificate of service must accompany this form.**